RANDOLPH, Senior Circuit Judge, concurring: While I join the majority opinion in full, I think it worth emphasizing that although equitable remedies are discretionary, they are not left to the district court’s “inclination, but to its judgment; and its judgment is to be guided by sound legal principles.” United States v. Burr, 25 F. Cas. 30, 35 (C.C. Va. 1807) (No. 14,692d) (Marshall, C.J.). In FOIA cases, one such principle demands that “[a]s with any equity case, the nature of the violation determines the scope of the remedy.” Swann v. Charlotte-Mecklenburg Bd. of Educ., 402 U.S. 1, 16, 91 S.Ct. 1267, 28 L.Ed.2d 554 (1971). I agree with the majority opinion that the FOIA decisions of this court dealing with prospective injunctive relief are consistent with this limiting equitable principle. Maj. Op. 291-92.